## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF KENTUCKY
## BOWLING GREEN DIVISION
*Filed Electronically*

| | | |
|---|---|---|
| LANDON MARSHALL | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | No. 1:22-cv-26-GNS |
| MINIT MART, LLC | ) ) ) | Removed from Warren Circuit Court, Case No. 22-CI-00158 |
| Defendant. | ) ) ) | |

## NOTICE OF REMOVAL

Defendant Minit Mart, LLC ("Minit Mart"), by counsel, and for its Notice of Removal of this action from Warren Circuit Court, Warren County, Kentucky to the United States District Court for the Western District of Kentucky, Bowling Green Division, states as follows:

1. On or about February 10, 2022, Plaintiff Landon Marshall ("Plaintiff") filed a Complaint in Warren Circuit Court, bearing Civil Action No. 22-CI-00158 (the "State Court Action").

2. Minit Mart was served with a Summons and Plaintiff's Complaint for the State Court Action on or about February 15, 2022. In accordance with 28 U.S.C. § 1446(a), a copy of the Complaint served upon Minit Mart in the State Court Action is attached to this Notice of Removal as **Exhibit A**. At this time, no other pleadings or orders have been filed, served, or entered in this matter.

3. Plaintiff's Complaint named Minit Mart as a Defendant in the State Court Action.

4. Upon information and belief, based off the allegations in Plaintiff's Complaint, Plaintiff is a citizen of Warren County, Kentucky. *See* Plaintiff's Complaint at ¶ 1.

5. Minit Mart LLC is a limited liability company organized under the laws of the state of Delaware, with a principal office located at 165 Flanders Road, Westborough, Massachusetts, 01581.

6. Minit Mart LLC's sole member is EG Retail (America), LLC. EG Retail (America), LLC is a limited liability company organized under the laws of the state of Delaware, with a principal office located at 165 Flanders Road, Westborough, Massachusetts, 01581.

7. EG Retail (America), LLC's sole member is EG America, LLC. EG America, LLC is a limited liability company organized under the laws of the state of Delaware, with a principal office located at 165 Flanders Road, Westborough, Massachusetts, 01581.

8. EG America, LLC's sole member is EG Group Limited, which is organized in and operates out of the United Kingdom.

9. Plaintiff's action against Minit Mart is one over which this Court has diversity jurisdiction under the provisions of 28 U.S.C. §1332(a)(1) and is one that may be removed to this Court by Minit Mart pursuant to the provisions of 28 U.S.C. §1441 because it is an action between citizens of different states.

10. In his Complaint, Plaintiff alleges that he was injured as a result of "negligent acts" by Minit Mart, specifically, that he "slipped and fell on ice in the parking lot." *See* Plaintiff's Complaint at ¶8. Moreover, Plaintiff seeks numerous categories of damages against Minit Mart, including "mental and physical pain and suffering," "the expenditure of sums of money for hospital, medical and other rehabilitation expenses," "loss of his ability to lead and enjoy a normal life," "lost wages," and "loss of wage-earning capacity." *See id.* at ¶11.

11. Additionally, Plaintiff previously itemized $57,219.04 in medical bills, as well as an additional $4,460.40 in lost wages. *See* Plaintiff's Damages Itemization and Settlement Demand, collectively attached hereto as **Exhibit B.**

12. Utilizing a highly conservative 1:1 ratio with respect to Plaintiff's medical bills yields a pain and suffering damages estimate of an additional $57,219.04. *See Fisher v. May,* Civil Action No. 3:11-CV-00592, 2012 WL 1964564, *2 (W.D. Ky. May 31, 2012) ("[I]t is perfectly reasonable to apply a ratio of 5 to 1 for awards of pain and suffering in comparison to medical expenses to determine the amount in controversy.").

13. Taken together, Plaintiff's itemized medical expenses, lost wages, and the pain and suffering estimate noted above total $118,898.48 – far exceeding the Court's jurisdictional threshold of $75,000.00. This figure also does not include Plaintiff's other additional damage categories included in the Complaint as described herein. *See id.* at ¶11.

14. Additionally, prior to filing the Complaint, Plaintiff provided a settlement demand of $300,000.00.[1] *See* Plaintiff's Damages Itemization and Settlement Demand, collectively attached hereto as **Exhibit B.**

15. Given the serious nature and duration of the injuries Plaintiff alleges,[2] the large number of independent categories of damages Plaintiff seeks, Plaintiff's damages itemizations to date, the reasonable pain and suffering estimate described above, and Plaintiff's prior settlement demands seeking in excess of $75,000.00 in this matter, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds the sum of $75,000.00, exclusive of interest and costs.

---

[1] Plaintiff subsequently reduced his settlement demand to a figure that was still above this Court's $75,000.00 jurisdictional threshold.
[2] Minit Mart specifically and unequivocally disputes Plaintiff's claims and allegations.

16. Thus, this Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1332, in that there is complete diversity of citizenship amongst the parties, and because the amount in controversy is satisfied.

17. This lawsuit is, therefore, a civil action over which this Court has original jurisdiction under 28 U.S.C. §1332 and is one which may be removed to this Court under 28 U.S.C. §§ 1441 and 1446. Further, removal to this judicial district and division is proper under 28 U.S.C. § 1441(a), as this District and Division embrace Warren County, Kentucky, where this lawsuit is pending.

18. Promptly after it is filed with this Court, Minit Mart will serve this Notice on Plaintiff and file a copy of this Notice with the Clerk of the Warren County Circuit Court.

WHEREFORE, this action is properly removed from the Warren County Circuit Court, Kentucky to this Court for all further proceedings.

Respectfully submitted,

FROST BROWN TODD LLC

*/s/ Nathaniel T. Fowler*
Allison W. Weyand
Nathaniel T. Fowler
400 West Market Street, 32nd Floor
Louisville KY 40202-3363
502-589-5400 Telephone
502-581-1087 Facsimile
nfowler@fbtlaw.com
*Counsel for Defendant, Minit Mart, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was filed with the Clerk of Court using the CM/ECF system on March 7, 2022 which will send a notice of electronic filing to registered users. The undersigned also hereby certifies that a true and accurate copy of the foregoing was served via electronic mail on March 7, 2022 to the following:

Lauren Marley
MORGAN & MORGAN
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
lmarley@forthepeople.com
*Counsel for Plaintiff*

*/s/ Nathaniel T. Fowler*
*Counsel for Defendant, Minit Mart, LLC*

0141023.0753099   4856-6841-2944v1

5