# EXHIBIT A

Filed          22-CI-00158          02/10/2022          Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
03/07/2022 03:22:22 PM
89824-3

COMMONWEALTH OF KENTUCKY
WARREN CIRCUIT COURT
DIVISION _____
CIVIL ACTION NO: _____

*FILED ELECTRONICALLY*

| | |
|---|---|
| **LANDON MARSHALL** | **PLAINTIFF** |
| v. | |
| **MINIT MART LLC** | **DEFENDANT** |

Serve: Corporation Service Company
421 West Main Street
Frankfort, KY 40601

## COMPLAINT

Comes now the Plaintiff, Landon Marshall, by and through the undersigned counsel, and for his Complaint against the Defendant, Minit Mart LLC, states as follows:

### PARTIES

1. At all times pertinent hereto, the Plaintiff, Landon Marshall, was a citizen and resident of Warren County, Kentucky residing at 2611 Mohawk Drive, Bowling Green, Kentucky 42104.

2. At all times material hereto, the Defendant, Minit Mart LLC, was a Foreign Limited Liability Company licensed to do business within the Commonwealth of Kentucky, with its Principal Office located at 165 Flanders Road, Westborough, MA 01581, and its Agent for Service of Process being Corporation Service Company, 421 West Main Street, Frankfort, KY 40601.

3. At all times relevant hereto, the Defendant owned, controlled, operated, and/or supervised the Minit Mart store located at 1200 Campbell Lane, Bowling Green, KY 42104 (hereinafter "premises").

### JURISDICTION AND VENUE

1

Filed          22-CI-00158          02/10/2022          Brandi Duvall, Warren Circuit Clerk

Presiding Judge: HON. STEVE WILSON (608214)

COM : 000001 of 000004

4. The circumstances giving rise to this Complaint took place in Warren County, Kentucky.

5. The amount of damages sustained by the Plaintiff is in excess of the minimum jurisdictional limits of the Warren County Circuit Court.

6. Warren County Circuit Court has jurisdiction over this matter and venue is appropriate in this County.

## GENERAL ALLEGATIONS

7. At all times relevant hereto, the Defendant, by and through their agents, ostensible agents, servants, employees, and/or other representatives, had a duty to maintain and keep said premises safe for the use of its patrons.

8. On or about February 19, 2021, as a direct and proximate result of the negligent acts and/or omissions of the Defendant, whether by and through their respective agents, ostensible agents, servants, employees, and/or other representatives, the Plaintiff, a business invitee, while exercising due care for his own safety, was injured by a dangerous condition created and/or not properly maintained by the Defendant, while lawfully and properly on the Defendant's premises. Specifically, the Plaintiff slipped and fell on ice in the parking lot.

9. At said time and place, the Defendant owed the Plaintiff, as a business invitee upon said premises, a duty to exercise reasonable care for his safety.

10. The Defendant and their agents, ostensible agents, servants, employees, and/or other representatives breached their duty of care to the Plaintiff.

11. As a direct and proximate result of the negligence and carelessness of the Defendant, as heretofore alleged, the Plaintiff was caused to sustain personal injuries of a permanent nature to his person. The injuries sustained by the Plaintiff resulted in the following damages:

Presiding Judge: HON. STEVE WILSON (608214)

COM : 000002 of 000004

a. mental and physical pain and suffering both of a temporary and permanent nature all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

b. the power and ability to labor and earn has been temporarily and permanently impaired all to his damage in a sum to be determined by a jury sitting in the trial of this matter;

c. the expenditure of sums of money for hospital, medical and other rehabilitation expenses, and will be caused to expend such sums of money in the future in an amount to be determined by a jury sitting in the trial of this matter;

d. loss of his ability to lead and enjoy a normal life, all to his damage, in a sum to be determined by a jury sitting in the trial of this matter; and,

e. lost wages in addition to the above-mentioned loss of wage-earning capacity, all of which are either permanent or continuing in nature and the Plaintiff will sustain said losses in the future.

**WHEREFORE**, the Plaintiff, Landon Marshall, demands judgment against the Defendant, Minit Mart LLC, as follows:

A. A trial by jury on all issues of fact herein;

B. Compensatory damages against the Defendant in a fair and reasonable amount to be determined by a jury sitting at the trial of this matter, but in an amount sufficient to confer jurisdiction on this Court;

C. For prejudgment interest from the date of the Plaintiff's injuries until such time the judgment is paid;

D. For the Plaintiff's costs herein expended; and,

E. For any and all other relief to which the Plaintiff is entitled.

Filed 22-CI-00158 02/10/2022 Brandi Duvall, Warren Circuit Clerk

NOT ORIGINAL DOCUMENT
03/07/2022 03:22:22 PM
89824-3

## CERTIFICATION

This is to certify that pursuant to KRS 411.188(2), the undersigned attorneys have notified by certified mail all of those parties believed to possibly hold subrogation rights to any award received by the Plaintiff as a result of this action and that the failure to assert subrogation rights by intervention, pursuant to Kentucky Civil Rule 24, or otherwise will result in a loss of those rights with respect to any final award received by the Plaintiff as a result of this action.

The party notified is as follows: United Healthcare/Optum, 11000 Optum Circle, MN 102-0300, Eden Prairie, MN 55344.

**RESPECTFULLY** submitted this 10th day of February, 2022.

Respectfully submitted,

*/s/ Lauren Marley*
LAUREN MARLEY
Morgan & Morgan
360 E. 8th Avenue, Suite 411
Bowling Green, KY 42101
Telephone: (270) 495-6798
Facsimile: (270) 495-6839
lmarley@forthepeople.com
COUNSEL FOR PLAINTIFF

4